NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE LAWSON SOFTWARE, INC.,
*Petitioner.*

---

Miscellaneous Docket No. 118

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Virginia in case no. 09-CV-620, Senior Judge Robert E. Payne.

---

## ON PETITION

---

## O R D E R

Lawson Software, Inc., submits a petition for a writ of mandamus directing the United States District Court for the Eastern District of Virginia to vacate its order requiring Lawson to produce certain documents Lawson asserts are protected by the work product immunity and attorney-client privilege.

Upon consideration thereof,

IT IS ORDERED THAT:

ePlus Inc. is directed to respond no later than March 19, 2012.

FOR THE COURT

MAR 0 2 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Donald R. Dunner, Esq.
Scott L. Robertson, Esq.
Clerk, United States District Court for the Eastern District of Virginia

s23

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 2 2012

JAN HORBALY
CLERK